151 F.3d 1025
 Dennis Jubilee
v.
Martin Horn, Commissioner of Department of Corrections,
Donald Vaughn, Supt. at S.C.I. Graterford, David Degugliamo,
Deputy Supt. of Treatment, William Conrad, Unit Manager at
S.C.I.G., Adriane Williams, Counselor, Dortha Dennis, Corr.
Records Spec., Thomas Stachelek, Deputy Supt. of Treatment,
Ronald Wilchaky, Head Parole Rep. S.C.I.G., Muriel Kluge
Parole Rep., William Woodson, Parole Rep., Boxer, Dr.
 NO. 97-1755
 United States Court of Appeals,
Third Circuit.
 April 9, 1998
 
 1
 Appeal From: E.D.Pa. ,No.96cv03818 , 975 F.Supp. 761
 
 
 2
 Affirmed.